The People of the State of New York, Appellant, *v.* Samuel Shafer, Respondent.

Argued December 1, 1936; decided December 31, 1936.

*Daniel J. O'Mara*, District Attorney (*Harry L. Rosenthal* of counsel), for appellant.

*Jacob Ark* and *John M. Keating* for respondent.

Judgment affirmed; no opinion.

Concur: Lehman, O'Brien, Crouch and Loughran, JJ. Dissenting: Crane, Ch. J., Hubbs and Finch, JJ.